UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KOFFLER ELECTRICAL MECHANICAL APPARATUS REPAIR, INC., <br><br> Plaintiff, <br><br> v. <br><br> WÄRTSILÄ NORTH AMERICA, INC., <br><br> Defendant. | Case No. 3:11-cv-00052 EMC <br><br> [PROP~~OSE~~D] ORDER GRANTING STIPULATION STAYING ARBITRATION PROCEEDINGS |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the following matters are temporarily stayed from March 9, 2011 until ten days after the Court rules on Defendant Wärtsilä North America, Inc.'s Motion to Compel Arbitration:

1) All proceedings in this Court, including the deadlines contained in this Court's order setting initial case management conference and ADR deadlines, which will be reset if necessary; and

2) The pending arbitration proceedings before the International Division of the American Arbitration Association in Case No. 50 118 T 00799 10: *Wärtsilä North America, Inc. vs. Koffler Electrical Mechanical Apparatus Repair, Inc.*

Dated: March 11, 2011

HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen