UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KOFFLER ELECTRICAL MECHANICAL APPARATUS REPAIR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WÄRTSILÄ NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:11-cv-00052 EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO POSTPONE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CASE MANAGEMENT CONFERENCE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the joint case management conference statement and the Case Management Conference currently scheduled for August 10, 2011 at 1:30 p.m. is postponed until February 24, 2012 at 9:00 a.m.

Dated: __August 8__, 2011



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO POSTPONE JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND CASE MANAGEMENT CONFERENCE
*CASE NO. 3:11CV00052 EMC*

503714836

# PROOF OF ELECTRONIC SERVICE

*Koffler Electrical Mechanical Apparatus Repair, Inc. v. Wärtsilä North America, Inc.*
Case No. 3:11cv00052 EMC

STATE OF CALIFORNIA      )
                                              )   ss.
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On **August 4, 2011**, I served the foregoing document described as **[PROPOSED] ORDER ON JOINT STIPULATION TO POSTPONE JOINT CASE MANAGEMENT CONFERNECE STATEMENT AND CASE MANAGEMENT CONFERENCE** upon the following:

Thomas F. Bertrand
Gregory M. Fox
Richard W. Osman
BERTRAND, FOX, & ELLIOT
2749 Hyde Street
San Francisco, CA 94109
415/353-0999
415-353-0990 (fax)
tbertrand@bfesf.com
gfox@bfesf.com
rosman@bfesf.com
*Attorneys for Plaintiff*

[ ] BY FAX: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

[ ] BY MAIL: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] BY ELECTRONIC SERVICE/PACER-ECF: I caused the foregoing document to be filed and served via PACER/ECF for the United States District Court, Northern District of California, upon the above-addressed party.**

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 4, 2011**, in Los Angeles, California.

Lisa M. Lovullo

PROOF OF SERVICE

503231347

# PROOF OF ELECTRONIC SERVICE

*Koffler Electrical Mechanical Apparatus Repair, Inc. v. Wärtsilä North America, Inc.*
Case No. 3:11cv00052 EMC

STATE OF CALIFORNIA        )
                           )  ss.
COUNTY OF LOS ANGELES      )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California 90025. On **August 4, 2011**, I served the foregoing document described as **[PROPOSED] ORDER ON JOINT STIPULATION TO POSTPONE JOINT CASE MANAGEMENT CONFERNECE STATEMENT AND CASE MANAGEMENT CONFERENCE** upon the following:

Kevin W. Finck
FINCK & DADRAS LLP
100 Spear Street, Suite 700
San Francisco, CA 94105
415/296-9100
415/394-6446 (fax)
*Attorneys for Plaintiff*

[ ] BY FAX: I served the foregoing document on the interested parties in this action by transmitting the above-referenced document to the above-mentioned at the following telecopy number.

[X] BY MAIL: I placed true copies of the foregoing document in sealed envelopes addressed as stated on the above/attached service list. I placed such envelope, with postage thereon fully prepaid, for collection and mailing at 12100 Wilshire Boulevard, 15th Floor, Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY ELECTRONIC SERVICE/PACER-ECF: I caused the foregoing document to be filed and served via PACER/ECF for the United States District Court, Northern District of California, upon the above-addressed party.

I declare under penalty pursuant to the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 4, 2011**, in Los Angeles, California.

_____
Lisa M. Lovullo

PROOF OF SERVICE
503716026